# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

ROBERT EARL WALKER

v.

(Full name of defendant(s))

MR HILLE/SUPERVISOR/BUSINESS OFFICE

Case Number:

_____
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of WISCONSIN, and is located at
   (State)

   PO Box 189 PHOENIX MA 21131
   (Address of prison or jail)

2. Defendant MR HILLE
   (Name)
   is (if a person or private corporation) a citizen of WISCONSIN
   (State, if known)
   and (if a person) resides at WISCONSIN
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for  Waupun Correctional Inst.
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

If my claim is honored and I am granted a hearing by this court, then I'd like to speak with my lawyer before making any comments or any statements in regards to this issue and based upon any words misspoken by me will jeopardize my victory in winning my outcome on this courts decision.

Thank you!



Complaint – 3

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

IF MY CLAIM IS HONORED AND I'M GRANTED A HEARING ID LIKE TO SPEAK TO MY LAWYER BEFORE MAKING ANY COMMENTS OR ANY STATEMENTS, BASED ON ANY MISSPOKEN WORDS ON MY BEHALF BY ME WILL JEPORDIZE MY VICTORY IN WINNING AN OUTCOME IN THIS COURTS DECISIONS

Thank you

E. **JURY DEMAND**

I want a jury to hear my case.

☒ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __11__ day of __JUNE__ 20__23__.

Respectfully Submitted,

_Robert Earl Waller_
Signature of Plaintiff

__554326__
Plaintiff's Prisoner ID Number

__PO Box 189 Phoenix MD 21131 Waupun__

__Wisconsin__
(Mailing Address of Plaintiff)


**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5