# United States District Court
## Eastern District of Wisconsin

**ROBERT EARL WALKER,**

    Plaintiff(s),

**JUDGMENT IN A CIVIL CASE**

  v.

Case No. 23-CV-808-SCD

**HILLE,**

    Defendant(s).

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED**

**without prejudice** because Walker has failed to pay the initial partial filing fee.

Approved: *s/ Stephen C. Dries*
STEPHEN C. DRIES
United States Magistrate Judge

Dated: August 17, 2023

GINA M. COLLETTI
Clerk of Court

*s/ K. Hubacz*
(By) Deputy Clerk